IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Osby, Victoriana A

Printed: 12/16/08

Case Number: 07 B 22724
Judge: Goldgar, A. Benjamin
Filed: 12/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  November 4, 2008
Confirmed: February 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,442.00 |  |
| Secured: |  | 2,818.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,299.23 |
| Trustee Fee: |  | 323.80 |
| Other Funds: |  | 0.00 |
| Totals: | 5,442.00 | 5,442.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 2,350.00 | 2,299.23 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 20,444.95 | 2,818.97 |
| 4. | Rescap Mortgage | Secured | 11,746.85 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 351.99 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 282.32 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 766.05 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 66.18 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 550.71 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 574.46 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 749.45 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | Aspen/Fb&T | Unsecured |  | No Claim Filed |
| 14. | First Bank Of Delware | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | Tribute/Fbold | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Tribute/Fbold | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,882.96 | $ 5,118.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Osby, Victoriana A

Printed: 12/16/08

Case Number:  07 B 22724
Judge:  Goldgar, A. Benjamin
Filed:  12/4/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 146.99 |
| 6.5% | 176.81 |
| | $ 323.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

